# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2002
LT Case No. 2017-DR-002236

_____

THOMAS REYES,

    Appellant,

    v.

PRISCILLA ANNE REYES
RUSSELL,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Dan R. Mosley, Judge.

Kelly C. Johnson, of KJ Law P.A., Tavares, for Appellant.

Nicholas A. Shannin and Dayna Maeder, of Shannin Law Firm,
P.A., Orlando, for Appellee.

September 26, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____